

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00612-CR

**IN RE** Jason Welch **WILLIAMS**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                Liza A. Rodriguez, Justice
                Lori Massey Brissette, Justice

Delivered and Filed: October 2, 2024

PETITION FOR WRIT OF MANDAMUS DENIED

On September 13, 2024, relator filed a petition for writ of mandamus. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied.[2] *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 727626, styled *State of Texas v. Jason W. Williams*, pending in the County Court at Law No. 13, Bexar County, Texas, the Honorable Rosie S. Gonzalez presiding.
[2] All pending motions are denied as moot.